UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BEARING BROKERS, INC., | ) | |
| on behalf of itself and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 11 C 6436 |
| | ) | |
| v. | ) | Judge Nordberg |
| | ) | Magistrate Judge Denlow |
| MORGAN & CURTIS ASSOCIATES, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Bearing Brokers, Inc. voluntarily dismisses its individual claims against defendant Morgan & Curtis Associates, Inc. with prejudice and without costs. Plaintiff Bearing Brokers, Inc. voluntarily dismisses its class claims against defendant Morgan & Curtis Associates, Inc. without prejudice and without costs. Plaintiff Bearing Brokers, Inc. dismisses its individual and class claims against defendants John Does 1-10 without prejudice and without costs.

Respectfully submitted,

   s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

        I, Heather Kolbus, certify that on October 26, 2011, I caused a true and accurate copy of the foregoing document to be served, via U.S. Mail, on the following party:

    Morgan & Curtis Associates, Inc.
    95 South Broadway
    Hicksville, NY 11801

                                                s/ Heather Kolbus
                                                Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)